UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                              )<br>      Plaintiff,     )<br>                              )<br>   v.                    )<br>                              )<br>DEBORAH DOMINIQUE, a/k/a, )<br>"Deborah Ballard,"           )<br>                              )<br>      Defendant.    )<br>_____) | CASE NO.   06-92M<br><br>DETENTION ORDER |

Offense charged:

      Count I: Conspiracy to Distribute Oxycodone.

Date of Detention Hearing: March 8, 2006

      The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community. The Government was represented by Vince Lombardi. The defendant was represented by Nancy Tenney.

//

DETENTION ORDER
PAGE -1-

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) The defendant is viewed as a risk of danger due to her criminal history, the presence of a firearm in her residence and lack of compliance with her previous terms of U.S. probation.

(2) The extent of the use of alcohol and illegal substance by the defendant is unknown. Given the nature of this offense involving 25,000 illicit tablets, the defendant's access to illicit drugs coupled with a clear prescription drug use/abuse, she poses a risk of nonappearance.

(3) Defendant has a severe bone disease which requires continuous medical supervision. This condition however, does not overcome the presumption against release in view of the risk of danger implicit in the drug trafficking alleged here.

**It is therefore ORDERED**:

(l) The defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) The defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

//

DETENTION ORDER
PAGE -2-

(4)  The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 13th day of March, 2006.

*[signature]*

MONICA J. BENTON
United States Magistrate Judge

DETENTION ORDER
PAGE -3-