JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR06-110 RSM |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL |
| DEBORAH DOMINIQUE, MYRON CURRY, | ) | |
| Defendants. | ) | |

THE COURT having considered the stipulated motion of the parties, the records and files herein, the Court hereby makes the following findings:

1. The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

2. The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

//
//
//
//

ORDER GRANTING STIPULATE MOTION
TO CONTINUE TRIAL - 1
(Deborah Dominique; CR06-110 RSM)

FEDERAL PUBLIC DEFENDER
1601 Fifth Ave., Suite 700
Seattle, Washington 98101
(206) 553-1100

IT IS THEREFORE ORDERED that the trial date is extended from July 31, 2006, to October 23, 2006. Pretrial motions shall be filed on or before September 7.

DONE this 5th day of July, 2006.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/Nancy Tenney
WSBA No. 35304
Attorney for Deborah Dominique
Federal Public Defender's Office
1601 Fifth Ave., Suite 700
Seattle, WA   98101
206/553-1100
206/553-0120
nancy_tenney@fd.org

s/Robert Leen
WSBA 14208
Attorney for Myron Curry
600 University St, Suite 3310
Seattle, WA 98101
206/748-7817
206/748-7821
bob@leenlaw.com

s/Vincent Lombardi
Assistant United States Attorney
700 Stewart St., Suite 5220
Seattle, WA   98101-1271
206/553-4213
Vince.Lombardi@usdoj.gov

ORDER GRANTING STIPULATE MOTION
TO CONTINUE TRIAL - 2
(Deborah Dominique; CR06-110 RSM)

FEDERAL PUBLIC DEFENDER
1601 Fifth Ave., Suite 700
Seattle, Washington 98101
(206) 553-1100