UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

              Plaintiff,

        v.

DEBORAH DOMINIQUE,

              Defendant.

Case No.  CR06-110RSM

MINUTE ORDER SETTING
 SETTLEMENT CONFERENCE

      The following Minute Order is made by direction of the Court, the Hon. J. Kelley Arnold, United States Magistrate Judge:

      A settlement conference will be held with the Honorable J. Kelley Arnold, U.S. Magistrate Judge, at **9:00 a.m. on September 21, 2006.**

      Settlement briefs/memorandums will be due **by 4:00 p.m. on September 18, 2006.**  The briefs are to be delivered to Judge Arnold's chambers at 1717 Pacific Avenue, Courtroom D, Tacoma, Washington 98402, or delivered by facsimile to 253-882-3881.  They are not to be filed.

      **Counsel and the defendant are directed to be present in person.**

      The foregoing Minute Order entered by _____/s/ Allyson P. Swan_____, Deputy Clerk, this September 5, 2006.

MINUTE ORDER