1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

UNITED STATES OF AMERICA,

                Plaintiff,

      v.

DEBORAH DOMINIQUE,

                Defendants.

**Case No.** CR06-110RSM

Minute Order
Re: Settlement Conference

     THIS matter was referred to these chambers for purposes of a settlement conference by the Honorable Ricardo S. Martinez.  The Assistant United States Attorney, defense counsel, and defendant met with U.S. Magistrate Judge, J. Kelley Arnold, this date for purposes of exploring settlement.  A plea agreement was reached between the parties and presented to the Honorable Franklin D. Burgess this date.

     Entered by Deputy Clerk, _/s/Kelly Miller_, this 21st day of September 2005.

ORDER
Page - 1